■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN WALLS, Appellant. [696 NYS2d 820] —Judgment, Supreme Court, New York County (Micki Scherer, J.), rendered November 19, 1997, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of 3 to 6 years, unanimously affirmed.

We perceive no abuse of sentencing discretion. Concur—Ellerin, P. J., Williams, Wallach, Buckley and Friedman, JJ.